[Order entered February 2, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01255-CR

**TIMOTHY JAMES FRYAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063988**

## ORDER

Appellant's counsel filed an *Anders* brief and this Court has ordered that counsel provide appellant with a copy of the record to prepare a pro se response. The Court now has before it appellant's pro se motion seeking a new appellate lawyer and "any documentation on why [he] was granted [his] appeal." Appellant also seeks an appeal bond.

We **DENY** appellant's request for appointment of new counsel. As part of the *Anders* procedure, appellate counsel Rick Dunn remains on the case pending further order of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014).

We **DENY** appellant's request for information regarding an appeal bond. This is not the proper Court in which to file an appeal bond and the Court will not give appellant legal advice.

The order of January 8, 2015 remains in effect in all respects.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable James Fallon, Presiding Judge, 15th Judicial District Court; Janet Kamras, official court reporter, 15th Judicial District Court; Kelly Ashmore, Grayson County District Clerk; Rick Dunn; and the Grayson County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Fryar, TDCJ No. 01961774, C, Moore Unit,  1700 North F.M. 87, Bonham, Texas 75418.

/s/    LANA MYERS
        JUSTICE